CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 0 7 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JUDY L. MOON, individually, and as executor of the estate of Leslie W. Moon<br>*Plaintiff,*<br><br>v.<br><br>BWX TECHNOLOGIES, INC., *et al.*<br>*Defendants.* | CIVIL ACTION NO. 6:09-CV-00064<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Defendants' motion to dismiss pursuant to Rule 12(b)(6), which seeks to preclude Plaintiff from recovering benefits allegedly due under the terms of an alleged agreement for life insurance benefits. (docket no. 53). For the reasons set forth in the accompanying memorandum opinion, the motion is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this 7th day of July, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1